IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, <br> INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SALLY BEAUTY HOLDINGS, INC and <br> SALLY BEAUTY SUPPLY LLC <br><br> *Defendants*. | § § § § § § § § § § § § § | <br><br><br><br><br><br> CIVIL ACTION NO 2:15-CV-1414 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

The following counsel hereby submits this Notice of his appearance as one of the attorneys for Plaintiffs:

Christian Hurt
Nix Patterson & Roach, LLP
5215 North O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: 972.831.1188
Facsimile: 972.444.0716
E-mail: christianhurt@nixlawfirm.com

Mr. Hurt respectfully requests that copies of all notices, pleadings, and other matters be served upon him at the above-listed address.

Respectfully submitted,

_____/s/_____
**CHRISTIAN HURT**

STATE BAR NO. 24059987
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
christianhurt@nixlawfirm.com

**ATTORNEY FOR PLAINTIFFS**
**INTELLECTUAL VENTURES I LLC**
**INTELLECTUAL VENTURES II LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 9th day of September, 2015.

_____/s/_____
**CHRISTIAN HURT**