IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Intellectual Ventures I LLC and** § | | |
| **Intellectual Ventures II LLC,** § | | |
| § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:15-CV-1414-JRG | |
| § | | |
| **Sally Beauty Holdings, Inc., and** § | JURY TRIAL DEMANDED | |
| **Sally Beauty Supply LLC,** § | | |
| § | | |
| § | | |
| *Defendants.* § | | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Local Patent Rule 4-3 of the Eastern District of Texas and the Court's Docket Control Order (Dkt. No. 31), Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("Intellectual Ventures") and Defendants Sally Beauty Holdings, Inc., and Sally Beauty Supply LLC ("Defendants") file this Joint Claim Construction and Prehearing Statement,

**(a)    The construction of those claim terms, phrases, or clauses on which the parties agree;**

Pursuant to P.R. 4-3(a), See Exhibit "A" attached hereto, containing the parties agreed proposed constructions of claim terms, phrases, or clauses, of the patents-in-suit, U.S. Patent Nos. 5,969,324 and RE43,715.

If the parties are able to reach further agreement concerning the constructions of any of the remaining claim terms, phrases, or clauses at issue, they will supplement the present Joint Claim Construction and Prehearing Statement.

**(b)    Each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution**

**history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses;**

See Exhibit A, attached hereto containing the Parties' proposed constructions for each disputed claim term of U.S. Patent Nos. 5,969,324 ("the '324 Patent") and RE43,715 ("the '715 Patent").

See Exhibit B containing Plaintiffs' cited intrinsic and extrinsic evidence.

See Exhibit C containing Defendants' cited intrinsic and extrinsic evidence.

**(c)   The anticipated length of time necessary for the Claim Construction Hearing**

The parties expect the Claim Construction Hearing to require 2 hours, with 1 hour allocated per side.

**(d)   Whether any party proposes to call one or more witnesses, including experts, at the Claim Construction Hearing, the identity of teach such witness, and for each expert, a summary of each opinion to be offered in sufficient detail to permit a meaningful deposition of that expert; and**

Neither party intends to call witnesses live at the claim construction hearing.

**(e)   A list of any other issues which might appropriately be take up at a prehearing conference prior the Claim Construction Hearing, and proposed dates, if not previously set, for any such prehearing conference.**

Neither party is aware of any issues necessitating a prehearing conference.

**Date: April 8, 2016**

        Respectfully submitted,

        ___/s/ Christian Hurt_____
        **Christian Hurt**

        **Derek Gilliland**
        Texas State Bar No. 24007239
        **Nix Patterson & Roach, L.L.P.**
        205 Linda Drive
        Daingerfield, Texas 75638
        903.645.7333 (telephone)
        903.645.5389 (facsimile)
        dgilliland@nixlawfirm.com
        Attorney in Charge

        **Ben King**
        Texas State Bar No. 24048592
        **Nix Patterson & Roach L.L.P.**
        2900 St. Michael Drive, Ste. 500
        Texarkana, Texas  75503
        903.223.3999 (telephone)
        903.223.8520 (facsimile
        benking@nixlawfirm.com

        **Kirk Voss**
        Texas State Bar No. 24075229
        **Christian Hurt**
        Texas State Bar No. 24059987
        **Ross Leonoudakis**
        Texas State Bar No. 24087915
        **Winn Cutler**
        Texas State Bar BNo. 24084364
        **Nix Patterson & Roach, L.L.P.**
        5215 N. O'Connor Blvd., Suite 1900
        Irving, Texas 75039
        972.831.1188 (telephone)
        972.444.0716 (facsimile)
        kirkvoss@me.com
        christianhurt@nixlawfirm.com
        rossl@nixlawfirm.com
        winncutler@nixlawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

/s/ Holly Hawkins Saporito
Frank G. Smith
(GA Bar No. 657550)
Holly Hawkins Saporito
(GA Bar No. 142496)
Joshua M. Weeks
(GA Bar No. 545063)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
frank.smith@alston.com
holly.saporito@alston.com
joshua.weeks@alston.com

**MICHAEL J. NEWTON**
TEXAS STATE BAR NO 24003844
mike.newton@alston.com
**ALSTON & BIRD LLP**
2828 N. Harwood Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 922.3400
Facsimile: (214) 922.3899

**ATTORNEYS FOR DEFENDANTS**
**SALLY BEAUTY HOLDINGS, INC. AND**
**SALLY BEAUTY SUPPLY LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF service on this 8th day of April 2016.

                                            /s/ Christian Hurt
                                          **Christian Hurt**